# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED HALL SHOWS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK BARTLETT HALL, an individual; KATHERINE HALL, an individual; VIRGINIA HALL, an individual; TIMOTHY BAKER, an individual; GARY MICHAEL LUM, an individual; DAVID MANDAGIE, an individual; CHAD WOODS, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00417-JVS-KES<br>Hon. James V. Selna<br><br>**ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Complaint Filed: March 4, 2021<br>Trial Date: February 1, 2022 |

**TO**: DEFENDANTS FREDERICK BARTLETT HALL, an individual; KATHERINE HALL, an individual; VIRGINIA HALL, an individual; TIMOTHY BAKER, an individual; GARY MICHAEL LUM, an individual; DAVID MANDAGIE, an individual; and CHAD WOODS, an individual, and DOES 1 through 10, inclusive:

You (and each of you) are hereby ordered to show cause on **August 23, 2021 at 1:30 p.m.**, in Courtroom 10C, or as soon thereafter as counsel may be heard in the courtroom of the Honorable James V. Selna, located at 411 West Fourth Street, Santa Ana, California, 92701, and why you, your officers, your

agents, servants, employees, and attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from manufacturing, selling, advertising, distributing, marketing, promoting, licensing, displaying, importing, exporting, transporting through interstate commerce or offered for sale, any products or services bearing any of the following servicemarks or trade names or any confusingly similar varieties thereof including, but not limited to: Fred Hall Shows, Fred Hall & Associates, The Ultimate Outdoor Experience, Fred Hall's Fishing, Tackle & Boat Show, Fred Hall Fishing, Boating & Outdoor Adventures, The Hall Shows California Fishing 101, Celebrate the Passion, Nation's #1 Fishing, Boating, International Travel Shows, Nation's #1 Fishing, Boating, International Travel & Hunting Show!, as well as the following website and domain names: [www.fred-hall.com](www.fred-hall.com); [www.fred-hall.info.net](www.fred-hall.info.net); [www.fredhall.info.org](www.fredhall.info.org); [www.fredhallshow.com](www.fredhallshow.com); [www.fredhallshow.info.net](www.fredhallshow.info.net); and [www.fredhallshow.info.org](www.fredhallshow.info.org).

In addition, you (and each of you) are hereby further ordered to show cause on the date and time first set forth above, why you, your officers, your agents, servants, employees, and attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from producing or advertising, contributing, marketing, promoting, displaying, importing, exporting, transporting through interstate commerce, sponsoring or otherwise in any way facilitating the event being promoted under such names as Fred Hall Shows, Fred Hall & Associates, The Ultimate Outdoor Experience, Fred Hall's Fishing, Tackle & Boat Show, Fred Hall Fishing, Boating & Outdoor Adventures, The Hall Shows California Fishing 101, Celebrate the Passion, Nation's #1 Fishing, Boating, International Travel Shows, Nation's #1 Fishing, Boating, International Travel & Hunting Show!, as well as the following website and domain names: [www.fred-hall.com](www.fred-hall.com);

www.fred-hall.info.net; www.fredhall.info.org; www.fredhallshow.com; www.fredhallshow.info.net; and www.fredhallshow.info.org.

You (and each of you) are further ordered to show cause on the date and time first set forth above, why you (and each of you), your officers, your agents, servants, employees, and attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from in any way accessing, using, gaining access to, or otherwise making us of or producing, advertising, distributing, importing, exporting, transporting through interstate commerce, or otherwise in any way facilitating the use of the data that is maintained on the servers of Plaintiff FHS, which are currently under the domain and control of Defendant Chad Woods.

You (and each of you) are further ordered to show cause on the date and time first set forth above, why you, your officers, your agents, servants, employees, and attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from using any and all trade secrets of Plaintiff FHS, including, but not limited to any and all documents and/or data which you (and each of you), as well your officers, your agents, servants, employees, and attorneys, and those in active concert or participation with you or them, may have in your possession or in your control, or in the control of third parties over whom you have control and dominion.

You (and each of you) are further ordered to show cause on the date and time first set forth above, why you, your officers, your agents, servants, employees, and attorneys, and those in active concert or participation with you or them, should not be compelled to immediately turn over any and all documents, equipment and data, including but not limited to computer data and documents of Plaintiff that are in your custody, care, control or possession within three (3) days of the issuance of this Order and deliver them to Konrad L.

Trope, Esq., Trope Law Group, P.C., 9100 Wilshire Blvd., Suite 725E, Beverly Hills, California, 90212, including but not limited to any and all materials related to advertising, marketing, promoting, licensing, displaying, importing through interstate commerce or otherwise offering for sale, services, products, trade secrets, promotional materials or any other materials in connection with the Fred Hall Shows and equipment belonging to Plaintiff in Defendant David Mandagie's possession.

    This Order to Show Cause and supporting papers must be served on the Defendants not later than July 23, 2021, 5:00 p.m. and proof of service should be filed no later than five court days before the hearing.

    Any further response to the order show cause shall be filed and served no later than August 6, 2021, and any reponse thereto shall be filed and served no later than August 13, 2021.

Dated: July 21, 2021

/s/ James V. Selna
_____
Hon. James V. Selna
United States District Court Judge