UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  8:21-cv-00417-JVS-KES                         Date  September 20, 2024

Title  Fred Hall Shows, Inc. v. Frederick Bartlett Hall et al

---

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **[IN CHAMBERS] <u>Order to Show Cause re Failure to Appoint New Counsel</u>**

    The Court, on its own motion, hereby **ORDERS** Plaintiff Fred Hall Shows, Inc. and Counter-Defendant Duncan McIntosh to Show Cause ("OSC") in writing no later than **<u>October 1, 2024</u>**, why it should not be subject to default judgment in this action. As an alternative to a written response by the above parties, the Court will consider the following as an appropriate response to this OSC, on or before the above date:

  <u>X</u>  **A notice of appearance by new counsel for Fred Halls Shows, Inc..**

  <u>X</u>  **A notice of appearance by new counsel or intent to proceed pro se for Duncan McIntosh.**

        **IT IS SO ORDERED.**