JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 8:21-cv-00417-JVS-KES |
| Date | October 29, 2024 |
| Title | Fred Hall Shows, Inc. v. Frederick Bartlett Hall et al. |

**Present: The Honorable** James V. Selna, U.S. District Court Judge

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Dismissing for Failure to Prosecute**

    On July 22, 2024, this Court granted the unopposed motion for Konrad L. Trope, attorney for Plaintiff and Counter-Defendants, to withdrew as counsel. (Dkt. No. 147.) Nearly two months following his withdrawal, on September 20, 2024, this Court issued an order for Plaintiff and Counter-Defendants to show cause for failure to appoint new counsel. (Dkt. No. 150.) The Plaintiff and Counter-Defendants had until October 1, 2024 to show why they should not be subject to default judgment. (Id.) The parties did not respond.

    On October 18, 2024, this Court issued an order for Defendant and Counter-Claimant Fredrick Bartlett Hall to show cause why the action should not be dismissed for lack of prosecution. (Dkt. No. 151.) The Defendant and Counter-Claimant had until October 25, 2024 to provide a written response or, in the alternative, file a request for entry of default judgment. (Id.) The Court advised Fredrick Bartlett Hall that failure to prosecute could result in dismissal and that it was Hall's responsibility to respond promptly. (Id.) Fredrick Bartlett Hall did not respond.

    The case and all claims are dismissed for failure to prosecute.

    **IT IS SO ORDERED.**